UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                    :
                                            :   INFORMATION
            -v.-                            :
                                            :   07 Cr. 0531 (CLB)
EFRAIN VILLAVICENCIO,                       :
                                            :
            Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORIGINAL
U.S. DIST...
JUN 13 2007
S.D. W.P. OF N.Y.

U.S AT...
FOR THE S.D.N.Y
MAY 17 2007
RECEIVED
WHITE PLAINS OFF...

### COUNT ONE

The United States Attorney charges:

1. From on or about November 2, 2006 up to and including on or about November 5, 2006, in the Southern District of New York and elsewhere, EFRAIN VILLAVICENCIO, the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that EFRAIN VILLAVICENCIO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

### OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, EFRAIN VILLAVICENCIO, the defendant, and others known and unknown, committed the

following overt acts, among others, in the Southern District of New York:

   a. On or about November 2, 2006, a co-conspirator not named herein ("CC-1") made a delivery of cocaine to a purchaser in Yonkers, New York;

   b. On or about November 3, 2006, EFRAIN VILLAVICENCIO, the defendant, carried a package containing cocaine to a location in New York, New York.

(Title 21, United States Code, Section 846.)

              *Michael J. Garcia*
               MICHAEL J. GARCIA
               United States Attorney