# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | :    07 Cr. 531 (CLB) |
| **EFRAIN VILLAVICENCIO,** | : |
| Defendant. | : |

------------------------------------x

**ERFRAIN VILLAVICENCIO,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(D) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:   White Plains, New York
        June 13, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

EXHIBIT
Court 1

Stamp: U.S. DISTRICT COURT FILED JUN 13 2007 W.P. S.D. OF N.Y.