**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 12, 2007

> Application granted. Conference now scheduled for
> July 25, 2007 at 10 00.
> Time is excluded under the Speedy Trial Act through
> July 25, 2007.
> SO ORD  /s/ Charles L. Brieant  U.S.D.J.
> Dated: 7/16/07

BY HAND DELIVERY
Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
New York, New York 10061

    Re:  United States v. Efrain Villavicencio
         07 Cr.  (CLB)

Dear Judge Brieant:

    The Government submits this letter to request that the status conference in the above-captioned matter be adjourned from July 11, 2007 to 10:00 a.m. on July 25, 2007. This adjournment will provide defense counsel, Joel Dranove, Esq., counsel for the defendant, with additional time to confer with his client and the Government concerning the disposition of the case.

    The Government respectfully requests that time be excluded from today, up to and including July 25, 2007 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Mr. Dranove has advised the Government that he consents to such exclusion of time.

    Respectfully,

    MICHAEL J. GARCIA
    United States Attorney

By: /s/ Marcia S. Cohen
    Marcia S. Cohen
    Assistant U.S. Attorney
    (914) 993-1902

cc: Joel Dranove, Esq. (by fax)