UNITED STATES DISTRICT COURT
SOUTHERN DISTTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                    NOTICE OF SUBSITUTION

EFRAIN VILLAVICENCIO,                     Docket No. 7:06-mj-01599

                       Defendant.

-------------------------------------------------------------x

STATE OF NEW YORK             )
COUNTY OF NEW YORK           )  ss.:
SOUTHERN DISTRICT OF NEW YORK  )

      EFRAIN VILLAVICENCIO, defendant herein, has retained Martin L. Schmukler, Esq.

to represent him for all purposes in the above captioned matter in substitution of Joel K.

Dranove, Esq., of 299 Broadway, Suite 706, New York, NY 10007.

Dated: New York, New York
       August 20, 2007

                                                 S/_____
                                                 EFRAIN VILLAVICENCIO

                                                 S/_____
                                                 MARTIN L. SCHMUKLER, ESQ.
                                                  Attorney for Defendant
                                                 MARTIN L. SCHMUKLER, P.C.
                                                 Forty-One Madison Ave., Suite 5B
                                                 New York, New York 10010
                                                 (212) 213-9400

CONSENTED TO:

  S/_____
JOEL K. DRANOVE, ESQ.
299 Broadway, Suite 706
New York, NY 10007
(212) 619-5700