UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

EFRAIN VILLAVICENCIO,

          Defendant.

-------------------------------------------------------x

NOTICE OF SUBSTITUTION

Docket No. 7-06-mj-01399

07 CR 531 (CM)

STATE OF NEW YORK     )
COUNTY OF NEW YORK     ) ss.:
SOUTHERN DISTRICT OF NEW YORK   )

    EFRAIN VILLAVICENCIO, defendant herein, has retained Martin L. Schmukler, Esq.

to represent him for all purposes in the above captioned matter in substitution of Joel K.

Dranove, Esq., of 299 Broadway, Suite 706, New York, NY 10007.

Dated: New York, New York
    August 20, 2007

                             EFRAIN VILLAVICENCIO

                             MARTIN L. SCHMUKLER, ESQ.
                             Attorney for Defendant
                             MARTIN L. SCHMUKLER, P.C.
                             Forty-One Madison Ave., Suite 5B
                             New York, New York 10010
                             (212) 213-9400

CONSENTED TO:

JOEL K. DRANOVE, ESQ.
299 Broadway, Suite 706
New York, NY 10007
(212) 619-5700

                           So ordered : 9/10/07

                           Charles Brieant
                              U SDJ