LAW OFFICES OF
# MARTIN L. SCHMUKLER, P.C.
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202
(212) 213-9400

Fax (212) 684-0620
martins@mlspclaw.com



December 17, 2007
By Fax and Mail

Honorable Charles L. Brieant
United States Courthouse, Room 275
300 Quarropas Street
White Plains, New York 10601

Re: <u>U.S. v. Efrain Villavicencio</u>
Docket No.:7: 07-cr-00531-CLB

Dear Judge Brieant:

The above matter is on the calendar for January 8, 2008, on which date I will be appearing in the United States District Court in Buffalo before Hon. Jerome McCarthy in the case entitled U.S. v. Malik Bazzi. Wherefore, with the consent of Assistant U.S. Attorney Marcia Cohen, it is respectfully requested that the instant matter be adjourned until February 20, 2008.

Respectfully yours,

Martin L. Schmukler

MLS/dt
cc: Marcia Cohen, AUSA