LAW OFFICES OF
# MARTIN L. SCHMUKLER, P.C.
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202

(212) 213-9400
FAX: (212) 684-0620
E-MAIL: martins@mlspclaw.com

**MEMO ENDORSED**

April 9, 2008

Honorable Colleen McMahon
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> 5/20/08
> The Court recommends
> that the defendant be
> designated to a facility
> in Pennsylvania.

Re: U.S. v. Efrain Villavicencio
    Docket No.:7: 07-cr-00531-CM

Dear Judge McMahon:

Efrain Villavicencio appeared before Your Honor on March 2008, and was sentenced to a mandatory term of ten years imprisonment. He remains incarcerated at the Westchester County Jail. I have been asked to seek a recommendation to the Bureau of Prisons to have him designated to a facility in Pennsylvania from the Court. More often than not the B.O.P. is able to accommodate judicial recommendations and I hope Your Honor will see fit to make one in this matter.

Respectfully yours,

Martin L. Schmukler

MLS/lc

cc: Marcia Cohen, AUSA
    Efrain Villavicencio

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08